**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JESUS TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-04366 |
| | ) | |
| PAN AMERICAN BANK, | ) | Judge Sharon Johnson Coleman |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and the Parties' Agreement, Plaintiff, Jesus Torres, by and through his attorneys, hereby stipulates and agrees to dismiss his claims, with prejudice.

Dated: October 11, 2017                                                         Respectfully submitted,

                                                                                                Jesus Torres


                                                                        By:    /s/ Eugene K. Hollander
                                                                                  Attorney for Plaintiff

Eugene K. Hollander
Paul W. Ryan
Jonathon L. Hoeven
**The Law Offices of Eugene K. Hollander**
230 West Monroe Street, Suite 1900
Chicago, Illinois 60606
PH: (312) 425-9100
ehollander@ekhlaw.com
pryan@ekhlaw.com
jhoeven@ekhlaw.com

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that he caused copies of **Stipulation to Dismiss with Prejudice** to be served upon the following by filing same using this Court's CM/ECF System on this 11th day of October 2017 before 5:00p.m.:

> Jeffrey S. Fowler
> Laner Muchin, Ltd.
> 515 North State Street, Suite 2800
> Chicago, Illinois 60654
> jfowler@lanermuchin.com

              /s/ Eugene K. Hollander